158 A.3d 72

COMMONWEALTH of Pennsylvania, Respondent

v.

Richard A. CANNON, Petitioner

No. 130 WAL 2016

Supreme Court of Pennsylvania.

September 23, 2016

PER CURIAM

## ORDER

**AND NOW**, this 23rd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.